**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**VONZELL HILL**                                                          **PLAINTIFF**

**v.**                              **CASE NO. 4:24-CV-00204-BSM**

**McKIBBON HOTEL MANAGEMENT, INC.**                      **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE